UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBASTIAN COOPER,

    Plaintiff,

v.

    Case No. 1:25-cv-1044

    HONORABLE PAUL L. MALONEY

SUSAN SNIEGOWSKI,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on September 2, 2025. On September 9, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith. Should Plaintiff

appeal this decision, the court should assess the $605.00 appellate filing fee pursuant to § 1915(b)(1), unless Plaintiff is barred from proceeding *in forma pauperis*, e.g., by the "three-strikes" rule of Section 1915(g).  If he is barred, he should be required to pay the $605.00 appellate filing fee in one lump sum.

      A Judgment will be entered consistent with this Order.


Dated:  October 21, 2025                                            /s/ Paul L. Maloney
                                                                                           Paul L. Maloney
                                                                                           United States District Judge