UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBASTIAN COOPER,

    Plaintiff,

v.

    Case No. 1:25-cv-1044

    HONORABLE PAUL L. MALONEY

SUSAN SNIEGOWSKI,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated: October 21, 2025             /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge